UNITED STATES of America,
Plaintiff–Appellee,

v.

Dora FAJARDO, Defendant–Appellant.

No. 07–50515.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 8, 2008 *.

Filed Sept. 12, 2008.

United States Attorney, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kris J. Kraus, Esq., FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Dora Fajardo appeals the revocation of her supervised release and the sentence imposed upon revocation. Fajardo contends that the procedures by which her supervised release was revoked are unconstitutional. Fajardo argues that the Supreme Court's decision in *Cunningham v. California*, 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007), called into question the constitutionality of the revocation procedures, and undermined this court's holding in *United States v. Huerta–Pimental*, 445 F.3d 1220 (9th Cir.), *cert. denied*, 549 U.S. 1014, 127 S.Ct. 545, 166 L.Ed.2d 403 (2006).

As Fajardo concedes in her reply brief, her contention is foreclosed by this court's recent decision in *United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir.2008) ("nothing in *Cunningham* calls into question the continuing authority of *Huerta–Pimental*. *Cunningham* does not affect

the validity of § 3583's procedure for revocation of supervised release.")

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.